■ In the Matter of the Application of DANIEL B. TALLON for Reinstatement as an Attorney. — Application for reinstatement granted and petitioner, Daniel B. Tallon, reinstated as an attorney and counselor at law effective immediately. Order entered. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ In the Matter of the Application of PETER EDWARD MURPHY for Reinstatement as an Attorney. — Application for reinstatement granted and petitioner, Peter Edward Murphy, reinstated as an attorney and counselor at law effective immediately. Order entered. Mahoney, P. J., Sweeney, Kane, Main and Mikoll, JJ., concur.

■ In the Matter of HENRI LE GRAND, Petitioner, v THOMAS COUGHLIN, as Commissioner of New York State Department of Correctional Services, et al., Respondents. — Motion for permission to proceed as a poor person and for assignment of counsel on appeal from (1) a judgment which, in a proceeding pursuant to CPLR article 78, dismissed the petition, and (2) an order which denied a motion to reargue. Motion denied on the ground that there is no showing that a timely appeal was taken from the judgment and no appeal lies from the denial of a motion to reargue. Mahoney, P. J., Kane, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

# (February 11, 1983)

■ In the Matter of MOSES BRAUNSTEIN, Appellant, v BOARD OF EXAMINERS OF NURSING HOME ADMINISTRATORS, DEPARTMENT OF HEALTH, STATE OF NEW YORK, Respondent. — Motion for reargument of decision dated October 7, 1982 (90 AD2d 965), granted, without costs. Appeal will be resubmitted upon the record and briefs filed on the appeal, the papers submitted on this motion, and any further papers the parties may wish to file on or before February 22, 1983. Mahoney, P. J., Sweeney, Kane, Weiss and Levine, JJ., concur.

■ In the Matter of DAVID T. CHIN, Petitioner, v NEW YORK STATE BOARD OF LAW EXAMINERS, Respondent. — Application, pursuant to subdivision 10 of section 90 of the Judiciary Law, for disclosure of papers, records, and documents relating to the examinations of petitioner for admission to the Bar denied, without costs. Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.

■ In the Matter of the Claim of WILLIAM LEMYRE, Respondent, v STEPHEN M. LABELLE, Appellant. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Since the decision of the board was interlocutory and decided neither all of the substantive issues nor any threshold legal issue, it is not appealable at this stage of the proceeding (*Matter of Dubnoff v Feathers Sportswear*, 74 AD2d 989). Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.